

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
In re:

LOWER EAST SIDE HEALTH CARE HOLDING
CORP.,

           Debtor.

------------------------------------------------------------

LOWER EAST SIDE HEALTH CARE HOLDING
CORP.,

           Appellant/Cross Appellee,

           -against-

BIALYSTOKER CENTER & BIKUR CHOLIM, INC.,
a/k/a BIALYSTOKER CENTER,

           Appellee/Cross-Appellant.
------------------------------------------------------------X

**ORDER**

05 Civ. 3507 (SAS)

SHIRA A. SCHEINDLIN, U.S.D.J.:

       The parties having notified the Court that they are in the process of effectuating a resolution that would moot the appeals pending in this action,

       IT IS HEREBY ORDERED that the time within which counsel for appellant or cross-appellant may apply by letter for restoration of this action to the calendar of the undersigned if a resolution is not effected, be, and the same is hereby, extended through and including September 22, 2006.

                                              SO ORDERED:

                                              Shira A. Scheindlin
                                              U.S.D.J.

Dated:  New York, New York
           August 21, 2006

NYLIB2 289592.1

## Appearances

*For Appellant/Cross-Appellee:*

Kevin Nash, Esq.
FINKEL, GOLDSTEIN, ROSENBLOM & NASH, LLP
26 Broadway, Suite 711
New York, New York 10004
(212) 344-2929

*For Appellee/Cross-Appellant:*

William J. Natbony, Esq.
CADWALADER WICKERSHAM & TAFT LLP
One World Financial Center
New York, New York 10281
(212) 504-6000